IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02887–PAB–KMT

U.S. COMMODITY FUTURES TRADING COMMISSION,

     Plaintiff,

v.

NICHOLAS TRIMBLE,
CAPSTONE QUANTITATIVE ANALYSIS, INC., and
BEEKEEPERS FUND CAPITAL MANAGEMENT, LLC,

     Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Motion to Intervene of James Harvey" (Doc. No. 35, filed March 19, 2012) is DENIED
without prejudice for failure to comply with Fed. R. Civ. P. 24(c). This Rule gives the court a
basis for determining what interests the potential intervenor seeks to protect, whether such
interests are impeded, and whether such interests are already adequately represented by the
parties. *Miami County Nat. Bank of Paola, Kan. v. Bancroft*, 121 F.2d 921, 926 (10th Cir. 1941)
(affirming denial of intervention where no pleading was filed with the application, as required by
Rule 24(c).). *See Sears Roebuck and Co. v. IPofA Salina Central Mall, LLC*, 2009 WL 1664614
(D. Kan.2009) ("Failing to attach such a pleading complicates the court's task of evaluating the
movant's legal position. Therefore, the court could properly deny the instant motion on
procedural grounds.")

Dated: June 20, 2012