# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: August 30, 2012
Time: 2 hours and 29 minutes

**CASE NO. 11-cv-02887-PAB-KMT**

| Parties | Counsel |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | Brigitte Weyls<br>CFTC Joseph Patrick |
| Plaintiff (s), | |
| vs. | |
| **NICHOLAS TRIMBLE,** | |
| Defendant (s). | |

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**8:11 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL for the plaintiff.

Record should reflect this hearing was scheduled for 8:00 a.m. and the defendant and/or counsel for the defendant are not present.

Court will reconvene at 8:20 a.m. and proceed with this hearing.

Page Two
11-cv-02887-PAB-KMT
August 30, 2012

**Plaintiff's Motion for Preliminary Injunction (Doc #3)**

**8:14 a.m.**     **COURT IN RECESS**

**8:22 a.m.**     **COURT IN SESSION**

Defendant and/or counsel for the defendant are not present.

Discussion regarding how the plaintiff wishes to proceed.

Ms. Wyels advises that the plaintiff will proffer the testimony of its witnesses.

Plaintiff's witness James Harvey is advised and is disconnected from these proceedings.

**8:27 a.m.**     Proffer of plaintiff's witness James Harvey by Ms. Weyls.

**8:51 a.m.**     Proffer of plaintiff's witness Michael Sajdak by Ms. Weyls.

**9:13 a.m.**     Proffer of plaintiff's witness Joseph Patrick by Ms. Weyls.

**10:10 a.m.**    Proffer of plaintiff's witness Alex Bobinski by Ms. Weyls.

Plaintiff's **exhibits 1 through 26 (inclusive) and 28 through 37(inclusive)** identified, offered in ADMITTED.

**10:21 a.m.**    Argument by Ms. Weyls.

**ORDERED:**  Plaintiff may file supplemental authority supporting their position in this matter.

**ORDERED:**  Plaintiff shall file its revised order for preliminary injunction.

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction (Doc #3) is **TAKEN UNDER ADVISEMENT.**

**10:40 a.m.**    **COURT IN RECESS**

**Total in court time:**     **149 minutes**

**Hearing concluded**